

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Judge Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

July 28, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2023

Re:   *1:23-cv-02779-VEC Toro v. Schuylkill Valley Sports, Inc.*

Status Letter and Request for Adjournment of Conference

Dear Judge Caproni,

Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for August 4, 2023 at 10:00 a.m. Counsel has been unsuccessful thus far in attempts to communicate with Defendant and requests a 45 day adjournment for Defendant to appear. We will continue to contact Defendant informally, and if they fail to appear by the next date, will file for default. Plaintiff proposes to reschedule the conference for September 18th, 2023, or a date convenient to the Court. This is the first time relief is being requested.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

---

Application GRANTED in part.  The initial pretrial conference scheduled for August 4, 2023, is hereby ADJOURNED *sine die*.  Defendant's deadline to respond to the complaint remains stayed until **August 4, 2023**.

Plaintiff's deadline to move for default judgment is **August 31, 2023**.

Plaintiff is directed to serve a copy of this endorsement on Defendant and file proof of service no later than **August 1, 2023**.

SO ORDERED.

*[Signature: Valerie Caproni]*   Date: 7/31/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE