UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW TORO,<br><br>                              Plaintiff,<br><br>-against-<br><br>SCHUYLKILL VALLEY SPORTS, INC.,<br><br>                              Defendant. | 23-cv-2779 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

       Plaintiff is hereby ORDERED to file its amended complaint (ECF No. 9, Ex. 1) by August 23, 2023, at 5:00 p.m. Defendant's answer will be due by September 13, 2023, at 5:00 p.m.

       The parties shall appear for an initial pretrial conference on November 9, 2023, at 9:15 a.m. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 461 318 646, followed by the pound (#) sign. Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as Lead Trial Counsel.

       SO ORDERED.

Dated: August 22, 2023
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                        United States District Judge