UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO on behalf of himself
and all others similarly situated,

          Plaintiffs,

-against-

SCHUYLKILL VALLEY SPORTS, INC.

          Defendant.

Case No. 1:23-cv-2779

**NOTICE OF VOLUNTARY
DISMISSAL
WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
            December 13, 2023

                      Respectfully Submitted,

                      **/s/ Mars Khaimov**

                      By:    Mars Khaimov, Esq.
                              100 Duffy Avenue, Suite 510
                              Hicksville, New York 11801
                              Tel (929) 324-0717
                              Fax (929) 333-7774
                              Email: mars@khaimovlaw.com
                              *Attorney for Plaintiff*